349 A.2d 913

**Margaret L. KEIBLER, Appellant,**

v.

**Richard C. KEIBLER et al.**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

John W. Pollins, III, Hammer & Pollins, Greensburg, for appellant.

Ned J. Nakles, Latrobe, B. Earnest Long, Greensburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Appellant to pay costs.